IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN JEROME BROOKS, #179333, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE No. 2:20-cv-899-ECM |
| | ) |
| JOHN CROW, *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| CALVIN JEROME BROOKS, #179333, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE No. 2:20-cv-906-ECM |
| | ) |
| CASSANDRA CONWAY, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| CALVIN JEROME BROOKS, #179333, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE No. 2:21-cv-197-ECM |
| | ) |
| LT. JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On November 22, 2021, the Magistrate Judge entered a Recommendation (doc. 44) to which no timely objections have been filed. After an independent review of the file and

upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and the Motion for Preliminary Injunction (doc. 43) is DENIED.  It is further

ORDERED that this case is referred back to the Magistrate Judge for further proceedings.

Done this 16th day of December, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE